UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEFFREY ANDERSON

    v.

Civil Action No. 11-CV-964

NCO FINANCIAL SYSTEMS, LLC.

    Defendant.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: March 20, 2012            DATED: March 20, 2012

/s/ Kimberly T. Irving_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

/s/ Whitney L. White_____
Whitney L. White, Esq.
Sessions, Fishman, Nathan &
Israel, LLC
*Attorneys for Defendant*
900 Jackson Street
Suite 440
Dallas, Texas 75202-4473
Phone: (214) 741-3001